

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00491-CV

| | | |
|---|---|---|
| PHILLIP RINGLEY, JR., INDIVIDUALLY AND AS CO-TRUSTEE OF THE MONARCHE LIVING TRUST AND KEELYE RINGLEY, INDIVIDUALLY AND AS CO-TRUSTEE OF THE MONARCHE LIVING TRUST, Appellants | § § § | On Appeal from the 367th District Court of Denton County (21-8474-393) |
| | § | October 23, 2025 |
| v. | | |
| THE HIGHLANDS AT TROPHY CLUB HOMEOWNERS' ASSOCIATION, INC., Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth